UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NARCISO, individually and through her conservators MARCELINA LUNA and TRACY NARCISO,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SHERIFF WILLIAM GORE, DEPUTIES DONALD FRANK and DARSHAUN DOUGLAS, and DOES 1 to 10,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-116 JLS (MSB)<br><br>**ORDER RECUSING FROM CASE AND REQUESTING REASSIGNMENT** |

　　　Presently before the Court is Plaintiff Patricia Narcisco's Complaint (ECF No. 1). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

　　　**IT IS SO ORDERED.**

Dated: January 28, 2020

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge