UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NARCISO, Individually and Through her Conservators MARCELINA LUNA and TRACY NARCISO,<br><br>                              Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SHERIFF WILLIAM GORE, DEPUTIES DONALD FRANK and DARSHAUN DOUGLAS,<br><br>                              Defendants. | Case No.:  21cv116-LL-MSB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE AND VACATING PRETRIAL DATES**<br><br>[ECF No. 51] |

Currently before the Court is the parties' joint motion for an order setting a revised briefing schedule on Defendants' motion for summary judgment, and vacating all pre-trial dates pending the Court's ruling the motion. ECF No. 51. In support, counsel for both parties state they have trials scheduled to begin in April 2022. *Id*. at 2. The motion is **GRANTED IN PART** and **DENIED IN PART**. The motion to extend the briefing schedule is **GRANTED**. Plaintiff's response to Defendants' summary judgment motion [ECF No. 49] is due by April 5, 2022. Defendants' reply is due by May 3, 2022. The hearing date for County Defendants' summary judgment motion is continued to May 10,

1  2022, although there will be no oral argument on this motion unless requested by the Court.
2  The motion to vacate all pretrial dates pending the Court's ruling on motion for summary
3  judgment is **DENIED without prejudice**.
4       **IT IS SO ORDERED**.
5  Dated:  March 8, 2022

                                                    Honorable Linda Lopez
                                                  United States District Judge