

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA NARCISO, Individually and Through her Conservators MARCELINA LUNA and TRACY NARCISO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO,<br><br>Defendant. | Case No.: 20cv116-LL-MSB<br><br>**SPECIAL VERDICT FORM** |

We, the jury in the above-entitled action, return the following verdict on the questions submitted to us:

1

20cv116-LL-MSB

I.   **ADA AND REHABILITATION ACT**

1. Was Plaintiff Patricia Narciso an individual with a disability?

   Yes __X__  No _____

*If your answer to question 1 is yes, then answer question 2. If you answered no, proceed to Section II below.*

2. Was Plaintiff Patricia Narciso otherwise qualified to participate in or receive the benefit of a public entity's services, programs or activities?

   Yes __X__  No _____

*If your answer to question 2 is yes, then answer question 3. If you answered no, proceed to Section II below.*

3. Was Plaintiff Patricia Narciso either excluded from participation in or denied the benefits of the public entity's services, programs or activities or was otherwise discriminated against by the public entity?

   Yes _____  No __X__

*If your answer to question 3 is yes, then answer question 4. If you answered no, proceed to Section II below.*

4. Was Plaintiff Patricia Narciso's exclusion from participation in or denial of benefits of the public entity's services, programs or activities by reason of her disability?

   Yes _____  No _____

*If your answer to question 4 is yes, then answer question 5. If you answered no, proceed to Section II below.*

5. Did the deputies intentionally or with deliberate indifference fail to provide a reasonable accommodation to Plaintiff Patricia Narciso?

   Yes _____  No _____

*If your answer to question 5 is yes, then answer question 6. If you answered no, proceed to Section II below.*

6. Did Plaintiff Patricia Narciso prove a reasonable accommodation existed?

   Yes _____ No _____

*If your answer to question 6 is yes, then answer question 7. If you answered no, proceed to Section II below.*

7. Did Defendant County of San Diego prove that the requested accommodation was not reasonable or show that modifications would fundamentally alter the nature of the service, program or activity?

   Yes _____ No _____

*If your answer to question 7 is yes, then answer question 8. If you answered no, proceed to Section II below.*

8. Did Defendant County of San Diego prove that Plaintiff Patricia Narciso posed a direct threat to the health and safety of others or herself that could not be eliminated by a reasonable accommodation?

   Yes _____ No _____

## II. BATTERY BY LAW ENFORCEMENT OFFICER (NONDEADLY FORCE)

1. Did the deputies intentionally touch Plaintiff Patricia Narciso?

    Yes __X__   No _____

*If your answer to question 1 is yes, then answer question 2. If you answered no, proceed to Section III below.*

2. Did the deputies use unreasonable force on Plaintiff Patricia Narciso?

    Yes _____   No __X__

*If your answer to question 2 is yes, then answer question 3. If you answered no, proceed to Section III below.*

3. Did Plaintiff Patricia Narciso consent to the use of that force?

    Yes _____   No _____

*If your answer to question 3 is no, then answer question 4. If you answered yes, proceed to Section III below.*

4. Was the deputies' use of unreasonable force a substantial factor in causing harm to Plaintiff Patricia Narciso?

    Yes _____   No _____

III. **BANE ACT (CAL. CIV. CODE § 52.1)**

1. Did the deputies make threats or use intimidation or coercion against Plaintiff Patricia Narciso?

    Yes _X_  No ____

*If your answer to question 1 is yes, then answer question 2. If you answered yes, proceed to Section IV below.*

2. Did the deputies' threats, intimidation or coercion prevent Plaintiff Patricia Narciso from exercising her right to be free from unreasonable force?

    Yes ____  No _X_

*If your answer to question 2 is yes, then answer question 3. If you answered yes, proceed to Section IV below.*

3. Did the deputies intend to deprive Plaintiff Patricia Narciso of her enjoyment of the interests protected by her right to be free from unreasonable force?

    Yes ____  No ____

*If your answer to question 3 is yes, then answer question 4. If you answered yes, proceed to Section IV below.*

4. Was the deputies' conduct a substantial factor in causing harm to Plaintiff Patricia Narciso?

    Yes ____  No ____

5

## IV. DAMAGES

1. If you answered "Yes" to Section I, Question # 6 and answered "No" to both Section I, Question # 7 and 8; or "Yes" to Section II, Question # 4; or "Yes" to Section III, Question # 4:

   We award Plaintiff damages in the amount of $ _____.

**You have now completed this special verdict form. The presiding juror should sign and date below with their juror number. After this special verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.**

Dated: 1/13/2023          Signed: 1 _____
                                    PRESIDING JUROR